David Morris Clayman, Harmless Hands, Pro se

FILED BY _CWL_ D.C.

MAR 10 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| David Clayman, Harmless Hands, <br><br> Plaintiffs, <br> vs. <br><br> United States, Defendant | CASE <br><br> MOTION FOR EXPEDITED CONSIDERATION |
|---|---|

## MOTION FOR EXPEDITED CONSIDERATION

v1.0.0

Plaintiffs **DAVID MORRIS CLAYMAN** and **HARMLESS HANDS** ("Plaintiffs"), Pro Se, respectfully move this Court for expedited consideration of their Complaint for Declaratory and Injunctive Relief, and in support thereof, state as follows:

**Nature of the Relief Sought:**

Plaintiffs seek an expedited ruling on their claims challenging restrictions on financial incentives for organ donation under the Religious Freedom Restoration Act (RFRA), the 5th Amendment to the United States Constitution, and the *Citizens United v FEC* Supreme Court decision. The urgency of this matter arises from the ongoing and irreparable harm caused by the statutory prohibition, which prevents or inhibits the implementation, negotiation, and receipt of life-saving donor incentives that align with Plaintiffs' religious beliefs and political advocacy.

**Good Cause for Expedited Consideration:**

This case presents an urgent matter of public health and fundamental rights under the First Amendment and RFRA. Every day that the prohibition remains in effect, potential organ donors are deterred from engaging in a religiously motivated act of life-saving altruism. Given the irreversible nature of organ shortages and preventable deaths occurring daily, prompt judicial intervention is necessary to mitigate the harm.

**Likelihood of Success on the Merits:**

Plaintiffs' claims raise serious constitutional and statutory questions warranting prompt judicial review. The Supreme Court has recognized that financial contributions constitute protected speech under Citizens United v. Federal Election Commission, 558 U.S. 310 (2010), and Plaintiffs argue that the prohibition on financial incentives for organ donors restricts both religious expression and political speech, and constitutes further an unconstitutional and illegal "public taking" under the meaning of the 5th Amendment.

**Harm from Delay:**

Without expedited consideration, the Plaintiffs and the class of individuals who would otherwise be willing to donate organs under a lawful and court-supervised incentive program will suffer irreparable harm. The delay exacerbates the national organ shortage, directly leading to preventable deaths. The need for an immediate resolution outweighs any potential inconvenience to the Defendant.

**Minimal Prejudice to Defendant:**

The Defendant will not be unduly prejudiced by an expedited review of this matter, as the case primarily involves legal issues requiring judicial interpretation rather than extensive discovery or

factual disputes. Moreover, the government has an inherent interest in ensuring that its policies do not violate constitutional and statutory rights.

**Proposed Schedule:**

Plaintiffs respectfully request that the Court:

a. Require Defendant to file any response to this Motion within seven (7) days.

b. Schedule a hearing on the Motion for Preliminary Injunction at the earliest available date.

c. Expedite consideration of the Motion for Declaratory and Injunctive Relief on a timeline that ensures prompt resolution of this matter.

**WHEREFORE,** Plaintiffs respectfully request that this Court grant expedited consideration of this matter and issue an appropriate scheduling order to prevent irreparable harm.

Harmlessly respectfully submitted,

**David Morris Clayman, Pro Se Plaintiff / Harmless Hands Party founder,**

7930 Palacio Del Mar Drive

Boca Raton, FL 33433-4148

+1 (321) 252 - 9626

david@harmlesshands.org

s/Plaintiff David Clayman, *Pro se*
For the Proposed Center Forward Party of Harmless Hands