Generated: Mar 10, 2025 10:26AM                                                                 Page 1/1



# U.S. District Court

## Florida Southern - Fort Lauderdale

Receipt Date: Mar 10, 2025 10:26AM

David Clayman
7930 Palacio Del Mar DR
Boca Raton, FL 33433

| Rcpt. No: 19831 | | Trans. Date: Mar 10, 2025 10:26AM | | | Cashier ID: #CC (6882) |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** 25CV60447

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

FILED BY _awc_ D.C.

MAR 10 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.