David Morris Clayman, Harmless Hands, Pro se

FILED BY_____NA_____D.C.

**Mar 12, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| David Clayman, Harmless Hands, <br><br> Plaintiffs, <br><br> vs. <br><br> United States, Defendant | **CASE 25-CV-60447-DSL** <br><br> **AFFIDAVIT OF SERVICE OF PROCESS** |

## AFFIDAVIT OF SERVICE OF PROCESS

Plaintiffs, DAVID MORRIS CLAYMAN and HARMLESS HANDS, served process on Defendant

United States through sending a Priority Mail Express 1 Day Express mailing with signature

confirmation to the following addresses, matching the registered summonses:

US Department of Health and Human Services

200 Independence Avenue, SW

Washington, DC 20201

USPS Tracking: EI267868399US

United States Attorney's Office

Southern District of Florida

500 E Broward Boulevard

Ft. Lauderdale, FL 33394

USPS Tracking: EI267868385US


US Department of Justice

Attorney General of Our United States

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

USPS Tracking: EI267868371US

Below you can find an image of the USPS receipt and tracking number stickers.




DATED: Moon's Day, 10 March 02025 (10-03月02025)

Respectfully submitted, harmlessly,



s/Plaintiff David Clayman, *Pro se*
For the Proposed Center Forward Party of
Harmless Hands
7930 Palacio Del Mar Dr
Boca Raton, FL 33433-4148
david@harmlesshands.org

EI 267 868 399 US 

EI 267 868 385 US 

EI 267 868 371 US 

# UNITED STATES POSTAL SERVICE.

ALRIDGE
400 NW 7TH AVE
FORT LAUDERDALE, FL 33311-9997
(800)275-8777

03/10/2025                                    11:28 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| PM Express<br>Flat Rate Env<br>   Washington, DC 20201<br>   Flat Rate<br>   Signature Requested<br>   Scheduled Delivery Date<br>      Tue 03/11/2025 06:00 PM<br>   Money Back Guarantee<br>   Tracking #:<br>      EI267868399US | 1 | | $31.40 |
|    Insurance<br>      Up to $100.00 included | | | $0.00 |
| Total | | | $31.40 |
| PM Express<br>Flat Rate Env<br>   Fort Lauderdale, FL 33394<br>   Flat Rate<br>   Signature Requested<br>   Scheduled Delivery Date<br>      Tue 03/11/2025 06:00 PM<br>   Money Back Guarantee<br>   Tracking #:<br>      EI267868385US | 1 | | $31.40 |
|    Insurance<br>      Up to $100.00 included | | | $0.00 |
| Total | | | $31.40 |
| PM Express<br>Flat Rate Env<br>   Washington, DC 20530<br>   Flat Rate<br>   Signature Requested<br>   Scheduled Delivery Date<br>      Tue 03/11/2025 06:00 PM<br>   Money Back Guarantee | 1 | | $31.40 |

David Clayman / Harmless Hands
7930 Palacio Del Mar Dr
Boca Raton, FL 33433-4148



Retail

U.S. POSTAGE PAID
FCM LETTER
CORAL SPRINGS, FL 33067
MAR 10, 2025

$9.96

S2324P503449-B2

33301

RDC 99

CERTIFIED MAIL

9589 0710 5270 0292 8095 93

US District Court
Clerk of Courts
299 E. Broward Blvd
Suite 108
Ft Lauderdale, FL 33301

RETURN RECEIPT
REQUESTED

33301-197799