David Morris Clayman, Harmless Hands, Pro se

# UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| David Clayman, Harmless Hands, | CASE 25-CV-60447-DSL |
| Plaintiffs, | MOTION FOR CASE REASSIGNMENT TO DISTRICT JUDGE |
| vs. | |
| United States, Defendant | |

FILED BY _____ D.C.
APR 17 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## MOTION FOR CASE REASSIGNMENT TO DISTRICT JUDGE

Plaintiffs, DAVID MORRIS CLAYMAN and HARMLESS HANDS, wish to seek a universal injunction preventing our United States Government from fully enforcing or enforcing blindly Title III of the National Organ Transplant Act. Plaintiffs are pushing for an alternative process of regulated significant and salient financial incentives for living donors and deceased ironclad donors under Federal Court supervision, to help accelerate an end to those organ waiting lists that can be reduced or reversed with better incentives for donors rising to meet the religious calling (civic or sectarian) to donate kidney or liver segments. Plaintiff Clayman believes it to be a religious duty under his understanding of American civic and Jewish sectarian religion to secure financial incentives not just for himself but for any other altruistic undirected living donor in the country willing to step forward to ethically donate a kidney or liver section to a person dying on the transplant list. That campaign for ethical and widespread financial incentives will

likely require the issuance of a universal injunction to open an application process that may cross against the Government's current position.

The Plaintiffs have learned that Magistrate Judges do not have the power to issue a universal injunction, and may only have the power to grant Plaintiff Clayman relief as a solitary individual without satisfying the Plaintiffs' religious needs to restore the Plaintiffs' religious freedom to openly extend this negotiating freedom and incentives the Plaintiff seeks, limited by any prudent Court parameters, supervisory requirements, and restrictions this Court deems necessary, and limited by payors', transplant organizations', and as a very, very last resort patient communities' willingness to pay, to all the rest of the approximately 341 million residents of our United States who may be ethically enticed to donate by a better organized and better catalyzed system of more reasonable compensatory financial incentives.

As such, the Plaintiff Clayman and Harmless Hands respectfully request expedited reassignment to a District Judge. As always, the Plaintiffs request <u>expedited emergency relief and Hearings on this</u>, as over 90,000 patients are dying for lack of a living kidney or liver donor match, and these weeks that are passing by like water before this Court helps makes a decision on this are killing patients.

### SCHEDULING CONSTRAINT: UPCOMING TRAVEL

Plaintiff Clayman has a major international trip planned to visit another homeland of his (Portugal) for the first time. He will be abroad for two weeks from 7 May to 22 May 02025. Please let us handle this case with all due haste, as rapidly as possible, but please do not schedule any hearings or strict deadlines over that interval of time from 7 May to 22 May when Plaintiff Clayman will need to be traveling or abroad.

