UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-60447-RLR

DAVID CLAYMAN,
HARMLESS HANDS,

    Plaintiffs,

v.

UNITED STATES,

    Defendant.
_____/

### ORDER DENYING PLAINTIFFS' MOTIONS

**THIS CAUSE** is before the Court upon Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction [DE 3], Motion for Expedited Consideration [DE 4], Motion with Updated Incentive Request on National Community Service Grounds [DE 10], and Motion to Adapt Incentives Contract Around the Reintroduced End Kidney Deaths Act Contingency [DE 13]. Plaintiffs David Clayman and Harmless Hands filed their initial Complaint on March 10, 2025, seeking, among other things, for the Court to "[d]eclare in a nationwide order that national, state, and territorial blanket prohibitions on organ donation incentives nationwide as applied to religiously motivated individuals violates RFRA and the First Amendment." DE 1 at 14. Plaintiffs have not yet completed service upon Defendant United States.

    The Court turns first to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction [DE 3]. The Court exercises its discretion under Fed. R. Civ. P. 65(b) to allow Defendant to be heard, and therefore **DENIES** Plaintiffs' request for a temporary restraining order. Because Fed. R. Civ. P. 65(a)(1) requires notice, and the Defendant has not yet appeared, the Court exercises its case management discretion to **DENY WITHOUT PREJUDICE**

Plaintiffs' request for a preliminary injunction, to be renewed after Defendant appears in the case. The Court also **DENIES AS MOOT** Plaintiffs' Motion for Expedited Consideration because it concerns Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

Next, Plaintiffs have not clearly stated the relief sought in Plaintiffs' Motion with Updated Incentive Request [DE 10] and Motion to Adapt Incentives Contract [DE 13]. The Court construes these motions as requesting to modify the Proposed Incentives Contract that Plaintiffs request, in their Complaint, for the Court to declare as legal. *See* DE 1 at 16, 20–22. Because Defendant has not yet been served and therefore has not yet been heard on this issue, the court **DENIES** Plaintiffs' Motions at docket entries 10 and 13.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 6th day of May, 2025.

                                                                                                                                                       ROBIN L. ROSENBERG
                                                                                                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record