David Clayman, *Pro se*

# UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID CLAYMAN, HARMLESS HANDS <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES <br><br> Defendant | CASE NO. 0:25-CV-60447-ROSENBERG <br><br> REQUEST FOR EXTENSION OF TIME |

## REQUEST FOR EXTENSION OF TIME

The Plaintiff, David Clayman, needs to request an extension of time before filing his Response to the Motion to Dismiss. The Plaintiff just received some adverse news that may affect his ability to donate kidney or part of his liver as a living donor for the next 6 or 12 months, or perhaps even longer. The full explanation is a confidential matter. The Plaintiff needs some additional time to think about how to respond.

Would it be possible for this Court to freeze or stay this case for a reasonably long time, until my status changes? What are my options if I will only be able to proceed 6 or 12 months from now? May I request a stay of proceedings for six or seven months?

The Plaintiff conferred this morning with opposing counsel, Darcie Thompson, and she agreed on behalf of the US Attorney's Office to the weeklong extension.

**Harmlessly,**

FILED BY ____ D.C.

JUN 02 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

s/Plaintiff David Clayman
Currently still *Pro se*
For the Proposed Center Forward Party of
Harmless Hands, aka the Miracle Berries
7930 Palacio Del Mar Drive
Boca Raton, FL 33433-4148
+1 (321) 252 - 9626
david@harmlesshands.org

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Request for Extension of Time was sent out to the United States Attorney for the Southern District of Florida via electronic mail on the deadline date of Tuesday, May 27, 2025, and mailed via certified mail to the Court on the same day.

Harmlessly,

s/Plaintiff David Clayman
Currently still *Pro se*
7930 Palacio Del Mar Drive
Boca Raton, FL 33433-4148
+1 (321) 252 - 9626
david@harmlesshands.org

7930 Palacio Del Mar Dr
Boca Raton, FL 33433

David Clayman / Harmless Hands

US District Court for the Southern District of FL
Clerk of Courts
299 E. Broward Blvd, Suite 108
Fort Lauderdale, FL 33301

9589 0710 5270 3280 9521 58



CERTIFIED MAIL

33301-197799